1 | Daniel J. McLoon (State Bar No. 109598)
Michael G. Morgan (State Bar No. 170611)
2 | JONES DAY
555 South Flower Street, Fiftieth Floor
3 | Los Angeles, CA  90071-2300
Telephone:    (213) 489-3939
4 | Facsimile:     (213) 243-2539
Email: djmcloon@JonesDay.com
5 |          mgmorgan@JonesDay.com

6 | Mattia V. Murawski (State Bar No. 261420)
JONES DAY
7 | 1755 Embarcadero Road
Palo Alto, CA  94303
8 | Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900
9 | Email: mmurawski@jonesday.com

10 | Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15 | ROANE HOLMAN, and all others similarly situated,

Case No. CV-11-00180-CW

16 | Plaintiffs,

Assigned to the Honorable
Claudia Wilken

17 
18 | v.

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS**

19 | EXPERIAN INFORMATION SOLUTIONS, INC.; FINEX GROUP LLC,

20 | Defendants.

21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE MOTION
CV-11-00180-CW

1    WHEREAS, on May 11, 2011, the Court entered a Stipulated Protective Order

2 ("Protective Order") in this matter;

3    WHEREAS, pursuant to the Protective Order, Defendant Experian Information Solutions,

4 Inc. ("Experian"), designated as confidential certain documents that it produced in discovery;

5    WHEREAS, on August 24, 2011, Plaintiff Roane Holman ("Plaintiff") notified Experian

6 by letter that he challenged certain of Experian's confidentiality designations;

7    WHEREAS, the parties have engaged in a meet-and-confer in an attempt to resolve

8 plaintiff's confidentiality challenge, including a lengthy telephone conference and the exchange

9 of letters and emails, and have been able to resolve some, but not all, of the issues;

10    WHEREAS, pursuant to the 21-day deadline imposed under the Protective Order,

11 Experian's deadline to file its motion to retain confidentiality is Wednesday, September 14, 2011;

12    WHEREAS, the parties wish to extend Experian's deadline for one (1) week to allow for

13 additional meet and confer on the outstanding issues in an attempt to resolve the remaining issues;

14    WHEREAS, this extension will have no effect on the schedule in this case, and the only

15 other extension in this case was an extension of Experian's deadline to answer plaintiff's

16 complaint.

17    THEREFORE, IT IS STIPULATED, by and between the parties through their respective

18 counsel of record, that Experian's deadline to file its motion to retain confidentiality is continued

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  by one week to Wednesday, September 21, 2011.

2

3  Dated: September 12, 2011                    Jones Day

4

5                                               By: /s/ Michael G. Morgan
                                                     Michael G. Morgan

6                                                Attorneys for Defendant
7                                                EXPERIAN INFORMATION SOLUTIONS, INC.

8

9  Dated: September 12, 2011                    Anderson, Ogilvie & Brewer LLP

10

11                                               By: /s/ Mark F. Anderson
                                                     Mark Anderson

12
                                                 Attorneys for Plaintiff
13                                               ROANE HOLMAN

14

15     Pursuant to this stipulation, IT IS SO ORDERED.

16

17  Dated: 9/13/2011                             _____
18                                               The Hon. Claudia Wilken
                                                 District Judge of the Northern District of
19                                               California

20
    LAI-3148357
21

22

23

24

25

26

27

28