ANDERSON, OGILVIE & BREWER, LLP
Andrew J. Ogilvie        (SBN 57932)
andy@aoblawyers.com
Mark F. Anderson         (SBN 44787)
mark@aoblawyers.com
600 California Street, 18th FL
San Francisco, CA 94108
Phone: (415) 651-1951
Fax: (415) 956-3233

Attorneys for Plaintiff Roane Holman
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANE HOLMAN,<br>and all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>FINEX GROUP LLC;<br><br>            Defendants. | Case No. CV-11-00180-CW<br><br>ORDER FOR DISMISSAL OF DEFENDANT FINEX GROUP LLC |

Based on the parties' stipulation and for good cause shown, plaintiff Roane Holman's claims against defendant Finex Group LLC in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September 16, 2011.

_____
Judge of the U.S. District Court