IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANE HOLMAN, | No. C 11-00180 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. / | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to retain confidentiality of designated documents and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Lloyd.  The hearing noticed for November 17, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Lloyd.

Dated:   10/3/2011

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.