| | |
|---|---|
| 1 | Daniel J. McLoon (State Bar No. 109598) |
| | Michael G. Morgan (State Bar No. 170611) |
| 2 | Sarah G. Conway (State Bar No. 261414) |
| | JONES DAY |
| 3 | 555 South Flower Street, Fiftieth Floor |
| | Los Angeles, CA  90071-2300 |
| 4 | Telephone:     (213) 489-3939 |
| | Facsimile:     (213) 243-2539 |
| 5 | Email: djmcloon@JonesDay.com |
| |        mgmorgan@JonesDay.com |
| 6 |        sgconway@JonesDay.com |
| 7 | Mattia V. Murawski (State Bar No. 261420) |
| | JONES DAY |
| 8 | 1755 Embarcadero Road |
| | Palo Alto, CA  94303 |
| 9 | Telephone:     (650) 739-3939 |
| | Facsimile:     (650) 739-3900 |
| 10 | Email: mmurawski@jonesday.com |
| 11 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROANE HOLMAN, NARCISCO NAVARRO HERNANDEZ, MIGUEL A. ALVAREZ and all others similarly situated, | Case No. CV-11-00180-CW |
| | Assigned to the Honorable Claudia Wilken |
| Plaintiffs, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR ADR** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE ADR DEADLINE
CV-11-00180-CW

Pursuant to ADR Local Rule 6-5 and Civil Local Rule 7-12, Defendant Experian Information Solutions, Inc. ("Experian"), and Plaintiffs Roane Holman, Narcisco Navarro Hernandez, and Miguel A. Alvarez ("Plaintiffs" and, together with Experian, the "Parties") jointly submit this Stipulation to Continue the Deadline for ADR in this case.

WHEREAS, the deadline to complete ADR is currently November 28, 2011;

WHEREAS, discovery is ongoing and will not be completed by November 28, 2011;

WHEREAS, the parties agree that ADR will be more effective once additional discovery has been completed;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that the deadline for ADR be continued until March 1, 2012.

Dated: October 28, 2011            Jones Day


                                   By: /s/ Michael G. Morgan
                                       Michael G. Morgan

                                   Attorneys for Defendant
                                   EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: October 28, 2011            Anderson, Ogilvie & Brewer LLP


                                   By: /s/ Mark Anderson
                                       Mark F. Anderson
                                       Attorneys for Plaintiffs


Pursuant to this stipulation, IT IS SO ORDERED.

Dated: 11/1/2011                   The Hon. Claudia Wilken
                                   District Judge of the Northern District of California

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE ADR DEADLINE
CV-11-00180-CW