1  Daniel J. McLoon (State Bar No. 109598)
   Michael G. Morgan (State Bar No. 170611)
2  Sarah G. Conway (State Bar No. 261414)
   JONES DAY
3  555 South Flower Street, Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:   (213) 489-3939
   Facsimile:   (213) 243-2539
5  Email: djmcloon@JonesDay.com
          mgmorgan@JonesDay.com
6         sgconway@JonesDay.com

7
   Attorneys for Defendant
8  EXPERIAN INFORMATION SOLUTIONS, INC.

9
                    UNITED STATES DISTRICT COURT
10
          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
11

12
   ROANE HOLMAN, NARCISCO                   Case No. CV-11-00180-CW
13 NAVARRO HERNANDEZ, MIGUEL A.
   ALVAREZ,                                 Assigned to the Honorable
14                                          Claudia Wilken
              Plaintiffs,
15                                          **DECLARATION OF SCOT LEVINE
         v.                                 IN SUPPORT OF EXPERIAN
16                                          INFORMATION SOLUTIONS, INC.'S
   EXPERIAN INFORMATION SOLUTIONS,          OPPOSITION TO PLAINTIFFS'
17 INC.                                     MOTION FOR CLASS
                                            CERTIFICATION**
18            Defendant.
                                            Hearing: January 26, 2012
19                                          Time: 2:00 p.m.
                                            Courtroom 2
20

21

22

23

24

25

26

27

28

1    I, Scot Levine, declare as follows:

2    1.    I am an Account Executive for defendant Experian Information Solutions, Inc. ("Experian"), a position I have held since October 2004, and a licensed attorney in the state of Illinois. Through the scope of my job duties as Account Executive, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would testify competently to them.

3    2.    I was the Account Executive handling Finex's account from the start of their subscription in 2008 until its discontinuation in 2010. I was the primary contact at Experian for Finex.

4    3.    Throughout Finex's relationship with Experian, I expressed to Paul Price and Antonia Blas, both directly and indirectly, that the Collection Advantage program contained credit information taken from Experian's consumer credit database. I have used this fact as a marketing point for the product with all of my collection customers, including Finex.

5    4.    I never advised Paul Price, Antonia Blas, or any other Finex employee that Collection Advantage reports do not contain consumer credit information nor do I recall having any conversations regarding the *Pintos* case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 29, 2011 at Schaumburg, Illinois.

_____
Scot Levine

LAI-3155189

DECLARATION OF S. LEVINE ISO
OPPOSITION TO CLASS CERTIFICATION
CV-11-00180-CW