ANDREW J. OGILVIE (SBN 57932)
MARK F. ANDERSON (SBN 44787)
CAROL M. BREWER (SBN 214035)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108-2711
    Telephone:    (415) 651-1950
    Facsimile:    (415) 956-3233
    andy@aoblawyers.com
    mark@aoblawyers.com
    carol@aoblawyers.com

BALÁM O. LETONA    229642
LAW OFFICE OF BALÁM O. LETONA, INC.
55 River Street, Ste. 220
Santa Cruz, CA 95060
    Telephone:    (831) 421-0200
    Facsimile:    (831) 515-3114
    letonalaw@gmail.com

Attorneys for Plaintiffs,
Roane Holman, Narcisco Navarro Hernandez, Miguel A. Alvarez
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANE HOLMAN, NARCISCO NAVARRO HERNANDEZ and MIGUEL A. ALVAREZ on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant. | Case No. 11- cv-0180-CW<br><br>DECLARATION OF ANDREW J. OGILVIE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION re DISCOVERY ISSUES |

I, Andrew J. Ogilvie, declare as follows:

1.    I am one of the attorneys for the plaintiffs in this action.

Dec. of Ogilvie iso Plffs' Admin Mtn re Discovery Issues—*Holman v Experian et al*, No. CV-11-00180 CW    1

2. Prior to filing this administrative motion I have communicated numerous times with Experian's counsel trying to resolve the discovery issues in this case. Most recently I asked whether Experian would agree to the appointment of a discovery master to oversee the discovery issues, but Experian refused.

3. **Exhibit A** is a copy of Experian's response to Plaintiffs' Third Request for Documents. I wrote to Experian's counsel at the end of December trying to resolve the discovery issues presented by Experian's objections, but Experian has not responded. A copy of my "meet & confer" letter is **Exhibit B**. Experian says it will send a written response tomorrow.

4. **Exhibit C** is a copy of Experian's Responses to Plaintiffs' Second Set of Interrogatories. We received this a few days ago.

5. **Exhibit D** is a copy of Experian's Responses to Plaintiffs' Fourth Request for Documents, which was served on us a few days ago.

6. On December 8, 2011, I served Experian with plaintiffs' notice of deposition of the employees in its Membership Department who approved Finex to receive Experian's reports. About a week ago I received an email from Experian's lawyer telling me that it would not produce those witnesses for their depositions. On January 13, 2012, I received Experian's Objections to those depositions, which is **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January, 2012 at San Francisco, California.


*/s/ Andrew J. Ogilvie*
Andrew J. Ogilvie