IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANNE HOLMAN; NARCISCO NAVARRO HERNANDEZ; MIGUEL A. ALVAREZ; and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-0180 CW<br><br>ORDER GRANTING DEFENDANT LEAVE TO FILE REBUTTAL EVIDENCE |

    On January 12, 2012, Plaintiffs Roanne Holman, Narcisco Navarro Hernandez and Miguel A. Alvarez filed a reply in further support of their motion for class certification. With their reply, Plaintiffs submitted certain additional evidence, including the supplemental declarations of Paul Price and Antonia Sainz-Blas.

    On January 19, 2012, Defendant Experian Information Solutions, Inc. filed a timely Objection to Plaintiffs' Reply Evidence. Defendant did not object to Plaintiffs' Reply Evidence in its entirety; instead, Defendant's objections were limited to Paragraphs 5-7 and 9-13 of the Price Reply Declaration and Paragraphs 3-6 of the Sainz-Blas Reply Declaration. In addition to seeking to strike those paragraphs of the reply declarations, Defendant sought leave to submit rebuttal evidence to Paragraphs 5-6 of the Price Reply Declaration and Paragraph 4 of the Sainz-Blas Reply Declaration.

Defendant is GRANTED leave to file rebuttal evidence to Paragraphs 5-6 of the Price Reply Declaration and Paragraph 4 of the Sainz-Blas Reply Declaration by 5:00 p.m. on Monday, January 23, 2012. Defendant's rebuttal evidence may not include further argument on the motion.

IT IS SO ORDERED.

Dated: 1/20/2012

CLAUDIA WILKEN
United States District Judge

2