IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANE HOLMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-00180 CW<br><br>**AMENDED** ORDER DENYING MOTION TO APPOINT AND SPECIAL MASTER AND REFERRING THE CASE TO A MAGISTRATE JUDGE FOR DISCOVERY |

    Plaintiffs' motion to appoint a special master is denied without prejudice.  However, because this case is now pending in the Oakland Division of the Court, the joint discovery disputes (docket no. 117, 119, 123, and 128) and all future discovery matters are referred to Oakland Magistrate Judge Donna M. Ryu.

Dated: 4/26/2012

                          CLAUDIA WILKEN
                          United States District Judge

cc: MagRef; DMR