IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANNE HOLMAN; NARCISCO NAVARRO HERNANDEZ; MIGUEL A. ALVAREZ; and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-0180 CW<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE, VACATING CASE DEADLINES AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE<br>(Docket No. 140) |

    Defendant Experian Information Solutions, Inc. moves to continue the deadline to hear dispositive motions until thirty days after the later of the completion of the outstanding fact discovery or the expiration of the date by which class members may exclude themselves from the class. Plaintiffs Roanne Holman, Narcisco Navarro Hernandez and Miguel A. Alvarez agree that this deadline should be continued, but request that it be set for August 16, 2012. The Court notes that the trial in this matter is currently set to begin on September 24, 2012, and that, because the Court requires at least ninety days between the dispositive motion hearing date and the trial date, adopting either party's proposal would require continuing the trial.

    Having considered the papers filed by the parties, and finding good cause, the Court VACATES the deadline to hear case dispositive motions and the dates for the final pretrial conference and the trial, and CONTINUES the further case management conference from June 28, 2012 to Wednesday, July 25,

2012 at 2:00 p.m. The Court ORDERS that the parties proceed expeditiously with class notice and discovery, and that they shall report their progress in their joint case management statement, which shall be filed no later than July 18, 2012. If the parties agree to a briefing schedule and hearing date for dispositive motions before the further case management conference takes place, they may file a stipulation setting forth their agreement.

IT IS SO ORDERED.

Dated: 5/16/2012

CLAUDIA WILKEN
United States District Judge