UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMAN, et al., | No. C 11-00180 CW (DMR) |
| Plaintiffs, | **ORDER CONTINUING HEARING ON DISCOVERY DISPUTES** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

On April 26, 2012, upon assignment to preside over discovery disputes in this case, the court ordered the parties to meet and confer on the disputes raised in four previously docketed joint discovery reports. Doc. nos. 117, 119, 123 and 128. The court set a May 14, 2012 deadline for the parties to file updated joint letters, as well as a May 24, 2012 hearing date. Doc. no. 137. The parties subsequently requested additional time to file the joint letter updates, but asked to keep the same hearing date. Doc. no. 148. The court generally is reluctant to grant such requests, because it gives the court less time to review the parties' submissions. However, the parties jointly represented that during the course of meet and confer discussions, "significant progress has been made with respect to some of the outstanding issues and that additional progress is likely as discussions continue over the next few days." Doc. no. 148 at 2. Based on these representations, the court

assumed that the continuance would result in fewer disputes, rather than more of them. Accordingly, the court granted the parties' request.

The parties have now filed their submissions, but the substance of the disputes appears to extend well beyond the scope of the anticipated joint letter update. The parties continue to dispute issues raised in three of the four joint reports. Doc. nos. 154, 157. They have also raised a new dispute over Defendant's request for leave to conduct discovery on potential class members. Doc. no. 156. Thus, the parties appear to have given the court more disputes to analyze after being granted shortened time. Because the court determines that additional time is necessary to address the disputes raised by the parties, the May 24, 2012 hearing date is hereby continued to **June 14, 2012** at 11:00 a.m in Courtroom 4. Counsel with full authority to reach agreements on discovery must attend the hearing, and shall be prepared to remain in the courthouse after the hearing for further meet and confer discussions.

IT IS SO ORDERED.

Dated: May 17, 2012

DONNA M. RYU
United States Magistrate Judge

2