1  Daniel J. McLoon (State Bar No. 109598)
   Michael G. Morgan (State Bar No. 170611)
2  JONES DAY
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA 90071-2300
   Telephone:  (213) 489-3939
4  Facsimile:  (213) 243-2539
   Email: djmcloon@JonesDay.com
5          mgmorgan@JonesDay.com

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
7

8

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

| 12 | ROANE HOLMAN, and all others similarly situated, | Case No. CV-11-00180-CW (DMR) |
|---|---|---|
| 13 | | Assigned to Magistrate Judge Donna M. Ryu for Discovery |
| 14 | Plaintiffs, | |
| 15 | v. | **JOINT REQUEST FOR ORDER EXTENDING EXPERIAN'S DEADLINE TO RESPOND TO DISCOVERY** |
| 16 | EXPERIAN INFORMATION SOLUTIONS, INC.; FINEX GROUP LLC, | |
| 17 | Defendants. | |
| 18 | | **AND** |
| 19 | | **[PROPOSED] ORDER** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiffs Roane Holman, Narcisco Navarro Hernandez, and Miguel A. Alvarez ("Plaintiffs" and, together with Experian, the "Parties") submit this Joint Request for Order Extending Experian's Deadline to Respond to Discovery.

WHEREAS, on June 14, 2012, Magistrate Judge Donna M. Ryu held a hearing on Plaintiffs' motion to compel responses to Plaintiffs' second set of requests for admissions and fourth set of interrogatories directed to Experian and, as confirmed in her written order dated June 27, 2012, "the parties were ordered to complete the subject discovery within 90 days of the hearing"—i.e., by September 12, 2012—"and were instructed to meet and confer if any further extension of time became necessary." *See* Docket 154, 160.

WHEREAS, Plaintiffs' second set of requests for admissions and fourth set of interrogatories seek discovery related to whether each of 36,387 putative class members asked to have their vehicles towed or had their towing charges judicially established.

WHEREAS, the parties have not completed their discovery of Finex's documents and their review of that information.

WHEREAS, the Parties agree that it would be premature for Experian to attempt to respond to Plaintiffs' second set of requests for admissions and fourth set of interrogatories and that Experian will need at least two more months to respond to that discovery.

NOW, THEREFORE, the Parties request the Court to extend Experian's deadline to respond to that discovery for sixty days, up to and including November 13, 2012. The Parties will continue to meet and confer regarding additional extensions.

Dated:  August 16, 2012            JONES DAY

                                    By: */s/ Michael G. Morgan*
                                        Michael G. Morgan

                                    Attorneys for Defendant
                                    EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  August 16, 2012            ANDERSON OGILVIE & BREWER LLP

                                    By: */s/ Andrew J. Ogilvie*
                                        Andrew J. Ogilvie

                                    Attorneys for Plaintiff
                                    ROANE HOLMAN, NARCISCO NAVARRO HERNANDEZ, MIGUEL A. ALVAREZ and all others similarly situated

**[PROPOSED] ORDER**

Pursuant to the Parties' request and good cause appearing, the Court orders as follows:

1. Experian's deadline to respond to the Plaintiffs' fourth set of interrogatories and second set of requests for admissions is hereby extended for sixty days, up to and including November 13, 2012.

2. The Parties are directed to meet and confer regarding additional extensions of the deadline.

IT IS SO ORDERED.

Dated: August 17, 2012

_____
Donna M. Ryu
Magistrate Judge of the Northern District of California

IT IS SO ORDERED
Donna M. Ryu

LAI-3174141v1

- 3 -

JOINT REQUEST FOR ORDER EXTENDING
EXPERIAN'S DEADLINE TO RESPOND TO
DISCOVERY