United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMAN, *et al.*, | No. C 11-00180 DMR |
| Plaintiffs, | **ORDER RE DECEMBER 7, 2012 JOINT DISCOVERY LETTER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. ET AL, | |
| Defendant. | |
| _____/ | |

    Before the court is the parties' December 7, 2012 joint discovery letter, in which Defendant Experian Information Solutions, Inc. seeks an order compelling Plaintiffs to respond to discovery served on Plaintiffs on October 12, 2012. [Docket No. 177.]

    Having examined the docket, it appears that discovery closed on March 30, 2012 (*see* Docket No. 33, May 26, 2011 Order at 1). No party moved to reopen the cut-off date, nor did Judge Wilken order a new discovery cut-off date. To the extent that Judge Wilken made references to proceeding with class notice and discovery after the March 30, 2012 cut-off date (*see* Docket No. 152, Mar. 16, 2012 Order at 2), such references were made in the context of directing the parties regarding the completion of outstanding discovery. Judge Wilken did make a reference to the possibility of discovery on damages issues, if appropriate, following the trial on classwide liability. (Hr'g Tr. 2, July 25, 2012.) However, as no party has moved to re-open discovery, and Judge Wilken has not

ordered an extension of the discovery deadline, the court concludes that the discovery deadline was March 30, 2012. Accordingly, Defendant's newly-propounded discovery is untimely. Defendant's request for an order compelling Plaintiffs to respond to the discovery is DENIED.

IT IS SO ORDERED.

Dated: December 20, 2012



_____
DONNA M. RYU
United States Magistrate Judge

2