IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANNE HOLMAN; NARCISCO NAVARRO HERNANDEZ; MIGUEL A. ALVAREZ; and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-0180 CW<br><br>SCHEDULING ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO DECERTIFY THE CLASS |

    On February 7, 2013, Defendant Experian Information Solutions, Inc. filed a Motion for Summary Judgment and to Decertify the Class. Docket No. 186. Before Plaintiffs opposed the motion, the parties stipulated to stay the action pending ongoing efforts to settle this matter. Docket No. 190. The parties have now informed the Court that they are unable to reach settlement and requested that the Court set a briefing schedule for Defendant's motion.

    GOOD CAUSE APPEARING THEREFOR,

    It is ORDERED that:

    1.    Plaintiffs' opposition to the Defendant's motion for summary judgment and to decertify the class shall be filed by July 25, 2013.

2. Defendant may file a reply in support of its motions by August 1, 2013.

3. A hearing on Defendant's motion will be held at 2:00 PM on Thursday, August 15, 2013.

IT IS SO ORDERED.

Dated: 7/2/2013

CLAUDIA WILKEN
United States District Judge

2