Daniel J. McLoon (State Bar No. 109598)
Michael G. Morgan (State Bar No. 170611)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: djmcloon@JonesDay.com
mgmorgan@JonesDay.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROANE HOLMAN, NARCISCO NAVARRO HERNANDEZ, MIGUEL A. ALVAREZ, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:11-cv-00180-CW<br><br>Assigned to the Honorable Claudia Wilken<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO DECERTIFY THE CLASS** |

1   WHEREAS, on July 2, 2013, the Court issued a Scheduling Order ("Scheduling Order")

2   Regarding Defendant's Motion for Summary Judgment and to Decertify the Class (Defendant's

3   Motion") in this matter;

4   WHEREAS, pursuant to the Scheduling Order, a hearing on Defendant's Motion is

5   scheduled to be held at 2:00 PM on Thursday, August 15, 2013;

6   WHEREAS, counsel for Defendant Experian Information Solutions, Inc. ("Experian") has

7   a scheduling conflict on Thursday, August 15, 2013;

8   WHEREAS, Experian's counsel and Plaintiffs' counsel are available for a hearing on

9   Defendant's Motion at 2:00 PM on Thursday, August 22, 2013 (Plaintiffs' counsel has a court

10  appearance in another matter on the morning of August 22, 2013 and is not available until the

11  afternoon on that day);

12  THEREFORE, IT IS STIPULATED, by and between the parties through their respective

13  counsel of record, that with the Court's approval, the hearing on Defendant's Motion will be held

14  at 2:00 PM on Thursday, August 22, 2013.

Dated: July 15, 2013                    Jones Day

                                        By: */s/ Michael G. Morgan*
                                            Michael G. Morgan

                                        Attorneys for Defendant
                                        EXPERIAN INFORMATION SOLUTIONS,
                                        INC.

Dated: July 15, 2013                    Anderson, Ogilvie & Brewer LLP

                                        By:  */s/ Andrew J. Ogilvie*
                                            Andrew J. Ogilvie

                                        Attorneys for Plaintiffs
                                        ROANE HOLMAN, NARCISCO NAVARRO
                                        HERNANDEZ, MIGUEL A. ALVAREZ, and
                                        all others similarly situated

Pursuant to this stipulation, IT IS SO ORDERED.

Dated: 7/22/2013

_____
The Hon. Claudia Wilken
District Judge of the Northern District of California

LAI-3195365v2