United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMAN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. ET AL,<br><br>        Defendant(s).<br>_____/ | No. C-11-00180 CW (DMR)<br><br>**ORDER TO SUBMIT JOINT LETTER RE STATUS OF SETTLEMENT** |

The parties are ordered to lodge a joint letter with the undersigned regarding the status of settlement by no later than March 7, 2014.

IT IS SO ORDERED.

Dated: March 3, 2014

_____
DONNA M. RYU
United States Magistrate Judge